# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN M. DENENBERG,      )<br>                                                        )<br>              Plaintiff,             )<br>                                                        )<br>    vs.                                           )<br>                                                        )<br>HOWARD L. BROOKS,        )<br>                                                        )<br>              Defendant.         ) | 8:11CV430<br><br>ORDER |

This matter is before the court on the plaintiff's request for a summons to be issued to defendant Howard L. Brooks (Filing No. 5).  The complaint was filed on December 15, 2011, and the time for serving the defendant expired on April 13, 2012.  **See** Fed. R. Civ. P. 4(m).  Plaintiff shall show good cause why the time to serve defendant should be extended to permit service of the summons plaintiff seeks to be issued.  In such showing, plaintiff shall set forth the date of any alleged infringements.  Failure to do so on or before July 17, 2012, will cause this action to be dismissed without prejudice.

**IT IS SO ORDERED.**

Dated this 6th day of July, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge

1