# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **STEVEN M. DENENBERG,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV430 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **HOWARD L. BROOKS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's request for a summons to be issued to defendant Howard L. Brooks (Filing No. 5). The complaint was filed on December 15, 2011, and the time for serving the defendant expired on April 13, 2012. **See** Fed. R. Civ. P. 4(m). On July 6, 2012, the court issued an order requiring the plaintiff to show cause why the time to serve the defendant should be extended. **See** Filing No. 6. On July 10, 2012, the plaintiff filed an explanation for seeking to serve the defendant after the expiration of the time for such service. **See** Filing No. 7. Under the circumstances, the court finds the plaintiff has shown good cause for an extension of the deadline to serve the defendant.

**IT IS ORDERED:**

1. The plaintiff shall have until **August 31, 2012**, to serve the defendant.

2. The Clerk of Court shall issue summons as requested by the plaintiff in Filing No. 5.

Dated this 12th day of July, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge