IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEVEN M DENENBERG,

        Plaintiff,

vs.

HOWARD L. BROOKS,

        Defendant.

8:11CV430

ORDER

This matter is before the Court on Howard L. Brooks' Motion to Dismiss Third-Party Defendant Leia Warren Without Prejudice (Filing No. 43). Warren has not been served and has not entered an appearance in this matter. The plaintiff does not oppose the relief sought. Accordingly,

**IT IS ORDERED:**

Third-Party Defendant Leia Warren is hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated this 29th day of March, 2013.

                                                          BY THE COURT:

                                                          s/ Thomas D. Thalken
                                                          United States Magistrate Judge