# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

STEVEN M. DENENBERG,

    Plaintiff,

v.

HOWARD L. BROOKS,

    Defendant.

CASE NO. 8:11-cv-430

**ORDER FOR DISMISSAL WITH PREJUDICE**

This matter is before the Court on the parties' joint stipulation for dismissal (Filing No. 45). The parties have agreed to dismiss the case with prejudice, all parties to bear their own costs and attorneys' fees. The Court accepts the stipulation and the case will be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. This action is dismissed with prejudice; and
2. The parties shall bear their own costs and attorney fees.

Dated this 9th day of April, 2013.

BY THE COURT:

s/ Joseph F. Bataillon
Judge Joseph F. Bataillon

DOCS/1173394.2